JANUARY 28, 1952.

No. 169.  McGrath, Attorney General, Successor to the Alien Property Custodian, v. Nagano.

Argued November 29, 1951. Decided January 28, 1952. *Per Curiam:* The judgment is affirmed by an equally divided Court. Mr. Justice Clark took no part in the consideration or decision of this case. *James D. Hill* argued the cause for petitioner. With him on the brief were *Solicitor General Perlman, Assistant Attorney General Baynton, George B. Searls* and *Irwin A. Seibel. Edward R. Johnston* argued the cause and filed a brief for respondent.

No. 503.  Remmey et al. v. Smith, Secretary of Pennsylvania, et al.

*Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. Mr. Justice Black is of the opinion that probable jurisdiction should be noted. *S. Lloyd Moore* and *A. L. Wheeler* for appellants. *Robert E. Woodside,* Attorney General of Pennsylvania, *Robert M. Mountenay,* Deputy Attorney General, and *H. F. Stambaugh* for appellees.

No. 242, Misc.  Domako v. New Jersey;
No. 277, Misc.  In re King;
No. 278, Misc.  Koenig v. Cranor, Superintendent; and
No. 301, Misc.  Williams v. United States. Applications denied.